UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL ROBBINS,

       Petitioner,

v.                                                  Case No. 12-11098

DEBRA SCUTT,

       Respondent.

                                          /

## ORDER REQUIRING CLARIFICATION

Petitioner Michael Robbins filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his state-court convictions for second-degree murder, felony firearm, and felon in possession of a firearm. Petitioner filed a form petition. In the section supplied for stating the grounds for relief, Petitioner wrote, "see attached." (Pet. 4, Dkt. # 1.) Attached to the petition are many different documents, including state court pleadings, portions of transcripts from unidentified court proceedings, prison misconduct reports, and medical reports. From this jumble of attachments, the court is unable to determine the grounds upon which Petitioner seeks habeas relief. Accordingly,

IT IS ORDERED that Petitioner is DIRECTED to provide a short and plain statement of the grounds upon which he seeks habeas corpus relief **no later than June 18, 2012.**

                                                       s/Robert H. Cleland
                                                       ROBERT H. CLELAND
                                                       UNITED STATES DISTRICT JUDGE

Dated: May 20, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 20, 2012, by electronic and/or ordinary mail.

                                             s/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522