**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MICHAEL ROBBINS,

    Petitioner,

v.                                                     Case No. 12-11098

DEBRA SCUTT,

    Respondent.

_____/

**JUDGMENT**

In accord with the court's "Opinion and Order," dated February 1, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent, Debra Scutt, and against Petitioner, Michael Robbins.

Dated at Detroit, Michigan, this 1st day of February, 2013.

                                                                   DAVID J. WEAVER
                                                                   CLERK OF THE COURT

                                                    BY: S/Lisa Wagner
                                                         Lisa Wagner, Deputy Clerk
                                                         and Case Manager to
                                                         Judge Robert H. Cleland